■ FRANK D. BENICASA, Respondent, v. SYLVIA JACOBS, Appellant.— In an action to recover damages for injuries to person and property, defendant appeals from an order of the Supreme Court, Suffolk County, dated July 7, 1960, granting plaintiff's motion for summary judgment and directing an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, without costs, and motion denied. In our opinion, there are questions of fact which preclude granting summary judgment. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ROBERT BRAMAN, Respondent, v. DOUBLE-M CONSTRUCTION COMPANY, Appellant.— In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Richmond County, entered October 11, 1960, granting plaintiff's motion for a preference in the trial of the action, pursuant to rule 151 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ CLELIA B. CARISSIMO, Appellant, v. MARIUS F. CARISSIMO, Respondent.— In an action by a wife for rescission of a separation agreement and for separation, the wife appeals from an order of the Supreme Court, Queens County, dated October 20, 1959, made on reargument, which: (a) vacated its original order of August 28, 1959, and (b) granted the defendant husband's original motion to set aside and annul two judgments in favor of the wife for temporary alimony arrears; the first judgment being dated May 29, 1956 and being in the amount of $7,100, and the second judgment being dated December 6, 1957 and being in the amount of $1,250. Order of October 20, 1959, affirmed, without costs, with leave to the plaintiff wife, if so advised, to make application to open her default upon proper papers showing an adequate excuse for her long delay in failing to proceed to trial (*Wheelock* v. *Wheelock*, 3 A D 2d 25, affd. 4 N Y 2d 706). Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.